UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


| | |
|---|---|
| MARILYN M. SMITH, WILLIAM VON SMITH, and MICHAEL LEE SMITH, <br> Plaintiffs | : <br> : <br> : <br> : |
| v. | : CASE NO. 1:15-CV-2068 <br> : |
| DEPARTMENT OF WELFARE CHILD SUPPORT ENFORCEMENT, *et al.*, <br> Defendants | : <br> : <br> : <br> : |

*O R D E R*

AND NOW, this 8th day of February, 2017, in accord with the accompanying

Memorandum, it is ORDERED that:

(1) The Clerk of Court is directed to CONSOLIDATE Plaintiffs' civil case
    docketed as number 1:16-CV-02236 into the civil case docketed as
    number 1:15-CV-02068.  The case number for the consolidated
    action will be 1:15-CV-02068.

(2) The Clerk of Court is directed to close the case docketed as number
    1:16-CV-02236.

(3) Plaintiffs' second amended complaint (Doc. 23) in this action is
    DISMISSED WITH PREJUDICE.

(4) The Clerk of Court shall CLOSE this case.


/s/ William W. Caldwell
William W. Caldwell
United States District Judge